UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21224-CIV-ALTONAGA/Goodman

WINDY LUCIUS,

       Plaintiff,

vs.

TICKETMASTER L.L.C.,

       Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii), filed on September 3, 2020 [ECF No. 15].   The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of their settlement agreement.   The Court will not retain jurisdiction over a settlement agreement it has not seen or approved.   Accordingly, it is

       **ORDERED AND ADJUDGED** that the case is **DISMISSED**.   The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

       **DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record